# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-32CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-32CB

                    Plaintiff/Counterdefendant.

vs.

RAVENSTAR INVESTMENTS, LLC, *et al.*,

                    Defendant/Counterclaimant.

Case No.: 3:17-CV-00116-RCJ-WGC

ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a Telephonic Status Conference is set for 10:00 A.M., Monday, July 6, 2020, in Reno Courtroom 3, before District Judge Robert C. Jones.

IT IS FURTHER ORDERED that counsel shall dial into the AT&T Meet-Me-Line 888-675-2535 and provide Access Code No.:  2900398 and Security Code:  070620 five (5) minutes prior to the hearing.  Please remain on the line until such time as the Court joins the call and convenes the proceeding.

IT IS FURTHER ORDERED that the parties shall file a Joint Status Report on or before 5:00 P.M., Wednesday, July 1, 2020.

IT IS SO ORDERED this 19th day of June, 2020.

_____
ROBERT C. JONES
United States District Judge