ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: rex.garner@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-32CB, Mortgage Pass-Through Certificates, Series 2006-32CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-32CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-32CB, <br><br>                Plaintiff, <br><br> vs. <br><br> RAVENSTAR INVESTMENTS, LLC; KERN & ASSOCIATES, LTD.; HIGHLAND RANCH HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br>                Defendants. | Case No.: 3:17-cv-00116-RCJ-WGC <br><br> **ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| RAVENSTAR INVESTMENTS, LLC, <br><br>                Counterclaimant, <br><br> vs. <br><br> THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-32CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-32CB, <br><br>                Counterdefendant. | |

53775274;1

TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Darren T. Brenner, Esq. is no longer associated with the law firm of Akerman LLP and requests that Mr. Brenner be removed from the service list.

Akerman LLP continues to serve as counsel for Plaintiff/Counter-Defendant The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-32CB, Mortgage Pass-Through Certificates, Series 2006-32CB in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq., Natalie L. Winslow, Esq. and Rex D. Garner., Esq.

DATED this 7th day of July, 2020

**AKERMAN LLP**

*/s/ Rex D. Garner*
_____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-32CB, Mortgage Pass-Through Certificates, Series 2006-32CB*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: July 8, 2020

_____
*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE
Case No.: 3:17-cv-00116-RCJ-WGC

2

53775274;1